# HEARING MINUTES AND ORDER

**Cause Number**: 13CV1129

**Style**: Douglas Wilson v. Dynamic Energy Services LLC., *et al.,*

**Appearances**:

| Counsel: | Representing: |
|---|---|
| Richard Burch | Plaintiff |
| Gregory Guidry/Caroline Russell | Defendant The Lofton Industries |

**Date**: December 16, 2013         **ERO**: Yes
**Time**: 12:46 p.m. - 1:04 p.m.    **Interpreter**:

**At the hearing the Court made the following rulings**:

Pretrial conference held. Settlement agreement explained on the record in open court. The Court, after review, approved and signed an order approving the settlement.

**SIGNED** at Houston, Texas this 16th day of December, 2013.

_____
Nancy F. Atlas
United States District Judge